**Modified as Affirm and Opinion Filed July 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00287-CR
No. 05-12-00288-CR

**THOMAS ALVIN SCHULZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-00500-J, F11-00343-J**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Evans
Opinion by Justice Bridges

Thomas Alvin Schulz waived a jury and pleaded guilty to credit card abuse and theft of property from an elderly person valued at $500. *See* TEX. PENAL CODE ANN. § 31.03(a), (e)(3), (f)(3)(A), 32.31(b), (d) (West 2011 & Supp. 2012). Pursuant to plea agreements, the trial court deferred adjudicating guilt, placed appellant on five years' community supervision, and assessed a $1,000 fine and $85,506.22 in restitution in each case. In his sole issue on appeal, appellant challenged the sufficiency of the evidence to support the amount of restitution ordered. In our opinion of September 19, 2012, we sustained appellant's issue, set aside the trial court's

restitution orders, and ordered the trial court to conduct a hearing to determine the proper amount of restitution.

On February 21, 2013, we reinstated the appeals and adopted the trial court's findings that the parties reached an agreement regarding the amount of restitution. We have received supplemental records containing the amended community supervision condition that orders appellant to pay $45,000 in restitution. Accordingly, we modify the trial court's judgments to reflect the restitution amount is $45,000 in each case. *See* TEX. R. APP. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993); *Asberry v. State*, 813 S.W.2d 526, 529–30 (Tex. App.—Dallas 1991, pet. ref'd).

As modified, we affirm the trial court's judgments.

Do Not Publish
TEX. R. APP. P. 47
120287F.U05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

THOMAS ALVIN SCHULZ, Appellant

No. 05-12-00287-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 3 of Dallas County, Texas (Tr.Ct.No.
F10-00500-J).
Opinion delivered by Justice Bridges,
Justices Francis and Evans participating.


     Based on the Court's opinion of this date, the trial court's order of deferred adjudication is **MODIFIED** as follows:

The section entitled "Restitution" is modified to show "$45,000."

As modified, we **AFFIRM** the trial court's order of deferred adjudication.


Judgment entered July 12, 2013


/David L. Bridges/
DAVID L. BRIDGES
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

THOMAS ALVIN SCHULZ, Appellant

No. 05-12-00288-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court No. 3 of Dallas County, Texas (Tr.Ct.No. F11-00343-J).
Opinion delivered by Justice Bridges, Justices Francis and Evans participating.

Based on the Court's opinion of this date, the trial court's order of deferred adjudication is **MODIFIED** as follows:

The section entitled "Restitution" is modified to show "$45,000."

As modified, we **AFFIRM** the trial court's order of deferred adjudication.

Judgment entered July 12, 2013

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE